**No. 10-11167. Jose Nacacio Amu, Petitioner v. United States.**

565 U.S. 870, 132 S. Ct. 223, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 7030.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 770.

**No. 10-11169. Fredrick Rolle, Petitioner v. William Scism, Warden.**

565 U.S. 871, 132 S. Ct. 223, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6767.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 567.

**No. 10-11171. Miguel A. Zamudio-Orosco, Petitioner v. United States.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6704.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 405 Fed. Appx. 83.

**No. 10-11173. Howard Steven Ault, Petitioner v. Florida.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6855.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 53 So. 3d 175.

**No. 10-11174. Willie James Asbury, Petitioner v. Robert M. Stevenson, III, Warden.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6972.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 651.

**No. 10-11175. Wilner Altidor, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 7132.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11176. David Louis Aguilar, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 7124.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-11177. Seneca Allen, Petitioner v. Illinois.**

565 U.S. 871, 132 S. Ct. 224, 181 L. Ed. 2d 124, 2011 U.S. LEXIS 6722.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1218, 371 Ill. Dec. 741, 990 N.E.2d 929.